■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN CUNNINGHAM, Appellant. [598 NYS2d 720] —Appeal by the defendant from a judgment of the Supreme Court, Queens

County (Clabby, J.), rendered March 26, 1992, convicting him of attempted burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have examined the record and find that the defendant's plea of guilty was knowingly and voluntarily entered.

Appellate review of the remaining issues raised by the defendant was effectively waived by him as part of his plea bargain. Accordingly, the judgment of conviction is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.